UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASMIN K. WHITE,
    Plaintiff,

v.                                                                  Case No.: 3:13cv532/MCR/EMT

SACRED HEART HEALTH
SYSTEM, INC.,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated March 11, 2016 (ECF No. 198).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Objections were due by March 25, 2016.  No timely objections were filed and thus the Report and Recommendation is due to be adopted.[1]  The Court finds alternatively that even considering the objections de novo, the Report and Recommendation should be adopted.

---

[1] The Chief Magistrate Judge's Order required objections to be filed within 14 days, which was March 25, 2016.  Plaintiff filed objections on March 28, with no request or good cause shown for the late filing.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Renewed Motion for Rule 37(d) Sanctions (ECF No. 173) is **DENIED**.[2]

**DONE AND ORDERED** this 11th day of April 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] The Court also declines to impose sanctions as requested in the alternative in Defendant's Response in Opposition to Plaintiff's Objections.

Case No.: 3:13cv532/MCR/EMT